

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Jane A. Restani
Judge

November 22, 2021

On Behalf of Plaintiff FD Sales Company LLC
Lizbeth R. Levinson, Esq.
Brittney Renee Powell, Esq.
Joseph William Rohe, Esq.
Ronald M. Wisla, Esq.
Fox Rothschild LLP
1030 15th Street, NW, Suite 380 East
Washington, DC 20005

On Behalf of Defendant United States
Guy R. Eddon, Esq.
Jamie L. Shookman, Esq.
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278

On Behalf of U.S Department of Homeland Security
CBP Assistant Chief Counsel
International Trade Litigation
U.S. Customs and Border Protection
26 Federal Plaza - Room 258
New York, NY 10278

Re:   FD Sales Company LLC v. United States
       Court No. 21-00224

Dear Counsel:

The court is in receipt of the briefing of the parties on the Government's motion to dismiss.

It appears to the court that there is no proper notice of a denial of a protest with the reasons therefore included. *See* 19 C.F.R. § 174.30. The only protest action is approval of a protest. Thus, at this juncture assumption of protest denial jurisdiction under 28 U.S.C. § 1581(a) would be premature. There is some possibility that the allegedly deficient check is notice of a partial denial of a protest, in which case the 28 U.S.C. §

1581(a) action would be timely as plaintiff argues, but this is problematic given the requirements of a protest denial.

      Nonetheless it appears that the court likely may assume jurisdiction under 28 U.S.C. § 1581(i), if 28 U.S.C § 1581(a) jurisdiction is not available. There was a timely simultaneous summons and complaint asserting an error in the administration or enforcement of the customs laws.

      The parties should confer and determine what should occur in order for plaintiff to receive what is owed pursuant to the exclusion that was granted.

      The parties are permitted 30 days to resolve this matter without further litigation. Failing that, plaintiff may move within 10 days thereafter to amend its complaint.

      Thank you for your assistance and cooperation.

      Very truly yours,

      <u>Jane A. Restani</u>
      Judge