UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI, JUDGE

| | |
|---|---|
| FD SALES COMPANY, LLC, ) | |
| ) | COURT NO.: 21-00224 |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**JOINT STATUS REPORT**

By letter dated November 22, 2021, this Court accorded the parties to this action thirty days in which to attempt to resolve this matter without further litigation. In pursuit of such a resolution, counsel for the parties, along with officials from U.S. Customs and Border Protection, participated in a teleconference on December 7, 2021, to review the status of the entries that are the subject of this litigation. The parties planned for a second conference call this week, but were ultimately unable to convene due to scheduling conflicts. Plaintiff intends to provide additional documentation including a spreadsheet for defendant's review, and then the parties plan to hold the second conference call.

The parties hereby respectfully request that this Court grant the parties an additional twenty (20) days, or until January 12, 2022, to resolve the remaining issues in this litigation. With this extension of time, the parties hope to avoid the necessity to amend the complaint in this action. In order to assist the Court, the parties propose to file a second joint status report on January 12, 2022, to advise the Court of the status of this action at that juncture.

Respectfully submitted,

*/s/ Lizbeth R. Levinson*

Lizbeth R. Levinson
Brittney Powell
Joseph Rohe
Ronald M. Wisla
Fox Rothschild, LLP
2020 K Street, N.W.
Suite 500
Washington, D.C. 20005

Attorneys for Plaintiff FD Sales Company LLC


BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney in Charge
International Trade Field Office

/s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/ Guy R. Eddon
GUY R. EDDON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230
*Attorneys for Defendant*

Dated:  December 23, 2021